EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* FACTORÍA CENTRAL LOS CAÑOS, acusada y apelante.

No. 4271.—*Sometido:* Diciembre 17, 1930.—*Resuelto:* Enero 16, 1931.

*G. Zeno Sama,* abogado de la apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La apelante ha interpuesto este recurso contra sentencia que la condena por tener en su establecimiento industrial una báscula para la compra de cañas a colonos que registra peso falto o incompleto; y el primer motivo que alega para sostenerlo es que la contrastación de su báscula no se hizo con pesas de indiscutible exactitud, debidamente comprobadas, porque además de varias pesas se usó un vagón de hierro que se dice tenía entonces 17,870 libras de peso, sin que esto se probase en el juicio.

Ese vagón se usa con varias pesas para contrastar las básculas grandes y el día anterior al que se refiere la acusación fué comprobado su peso en una báscula de ferrocarril que pesó con exactitud 10,950 libras que con varias pesas no discutidas, le fueron puestas, en cuya báscula fué pesado después el vagón dando un peso de 17,870 libras. Pero alega la apelante que el hecho de que la báscula del ferrocarril pesara bien las 10,950 libras que se le pusieron en pesas no significa que pesara bien las 17,870 que registró el vagón, porque un peso menor no es comprobante para un peso mayor.

El testigo que hizo la comprobación del peso del vagón declaró que la experiencia ha demostrado que una báscula que pese bien 10,950 libras, si tuviera un error desde esa cantidad hasta 17,000 libras, el error sería insignificante. Nos parece que esta explicación es satisfactoria y suficiente, pues habiendo dado la báscula del ferrocarril peso exacto con las 10,950 libras que le pusieron con varias pesas parece lo natural que también debe ser correcto su peso de las 7,920 libras restantes del peso que acusó el vagón, salvo prueba en contrario de que eso no es así o de que en este caso concreto el peso del vagón era inferior a 17,870 libras, prueba que no fué presentada.

El otro motivo para la apelación es que cuando se verificó la contrastación de la báscula ocurría en ella un caso de fuerza mayor porque un canal de riego que está próximo a ella se había desbordado metiendo agua en la romana.

El hecho del desbordamiento del agua de un canal de riego no es constitutivo de fuerza mayor; pero aunque lo fuera siempre resultaría que si bien un testigo de la apelante declaró que el agua que tenía la romana podría afectar a ella, ese mismo testigo declaró que el inspector de pesas y medidas manifestó lo contrario, por lo que creemos que tampoco es sostenible el segundo motivo de error.

*La sentencia apelada debe ser confirmada.*